MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD HENDERSON,<br><br>  Defendant. | CASE NO. 1:24-CR-00262-KES-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for settlement conference on March 26, 2025. Time has been previously excluded until March 26, 2025.

2. The parties have reached a plea agreement, which is being filed simultaneously with this stipulation..

3. By this stipulation, the parties move to vacate the above dates and set a change of plea on **March 24, 2025**, in front of US District Judge Kirk E. Sherriff.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    The government does not object to the continuance.

      c)    No exclusion of time is needed as time has previously been excluded through March 26, 2025.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 19, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: March 19, 2025

/s/ KARA OTTERVANGER
KARA OTTERVANGER
Counsel for Defendant
DONALD HENDERSON

STIPULATION TO SET CHANGE OF PLEA    2

## **ORDER**

IT IS SO ORDERED that the status conference set for March 26, 2025, is vacated. A change of plea hearing is set for **March 24, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time was previously excluded through March 26, 2025.

IT IS SO ORDERED.

Dated:   **March 19, 2025**          /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE