1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  KARA R. OTTERVANGER, CA Bar #354424
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DONALD HENDERSON
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-cr-262-KES-BAM |
12 | Plaintiff, | **STIPULATION RE: MOVING SENTENCING HEARING;** |
13 | vs. | **ORDER** |
14 | DONALD HENDERSON, | Date: June 23, 2025 |
15 | Defendant. | Time: 9:30 a.m. |
   |  | Judge: Hon. Kirk E. Sherriff |

18       On March 24, 2025, Mr. Henderson pleaded guilty to the sole count of the Indictment in

19 this matter. [ECF #21]. At that time, the Court scheduled sentencing for June 23, 2025, at 9:30

20 a.m. [*Id*.]. Because of counsel's pre-existing scheduling conflict, the parties hereby submit this

21 stipulation seeking to reset the sentencing for July 7, 2025, at 9:30 a.m. before the Honorable Kirk

22 E. Sherriff.

23       Probation Officer Elizabeth Gutierrez has been consulted and does not object to moving

24 the sentencing to July 7, 2025.

25 //

26 //

27 //

28 //

Respectfully submitted,

MICHEL BECKWITH
Acting United States Attorney

Date: March 27, 2025              /s/ Robert Veneman Hughes
                                  ROBERT VENEMAN HUGHES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: March 27, 2025              /s/ Kara R. Ottervanger
                                  KARA R. OTTERVANGER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DONALD HENDERSON


**ORDER**

IT IS SO ORDERED that the sentencing hearing currently scheduled for June 23, 2025, at 9:30 a.m., is continued to July 7, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   April 4, 2025                    _____
                                          UNITED STATES DISTRICT JUDGE