HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DONALD HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONALD HENDERSON,<br><br>　　　　Defendant. | Case No. 1:24-cr-262-KES-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:　July 7, 2025<br>Time:　9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for Donald Gene Henderson, that the sentencing hearing currently scheduled for July 7, 2025, at 9:30 a.m. may be continued to September 8, 2025, at 9:30 a.m.

　　　　On March 24, 2025, Mr. Henderson pleaded guilty to the sole count of the Indictment in this matter. This matter is currently set for sentencing on July 7, 2025. Sentencing had previously been continued in this matter from June 23, 2025, due to a scheduling conflict. At that time, defense counsel had initiated a mandatory notice process required before moving the Tulare County Juvenile Court for Mr. Henderson's records, and the parties believed that a sentencing date of July 7, 2025, would provide sufficient time for the preparation and filing of documents necessary for

1   the Court's review prior to sentencing. Since then, defense counsel has run into significant delays
2   in obtaining vital records from Tulare County Juvenile Court and counsel has been unable to obtain
3   an estimate of when the records will be made available for distribution. Based on this, counsel for
4   Mr. Henderson requires additional time to prepare for sentencing.

5         The requested continuance is made with the intention of conserving time and resources for
6   both the parties and the Court. The government is in agreement with this request and the requested
7   date is a mutually agreeable date for all parties. Probation Officer Elizabeth Gutierrez has been
8   consulted and does not object to moving the sentencing to September 8, 2025.

9         The parties acknowledge that this will make probation's final Pre-Sentence Report ("PSR")
10  deadline August 25, 2025, and will make the deadline for the parties' objections to probation's
11  final PSR September 1, 2025.

12        As this is a sentencing hearing, no exclusion of time is necessary.

13  //
14  //

15      Respectfully submitted,

16      MICHEL BECKWITH
17      Acting United States Attorney

18  Date: June 2, 2025      */s/ Robert Veneman Hughes*
                            ROBERT VENEMAN HUGHES
19                          Assistant United States Attorney
                            Attorney for Plaintiff
20

21      HEATHER E. WILLIAMS
        Federal Defender
22

23  Date: June 2, 2025      */s/ Kara R. Ottervanger*
                            KARA R. OTTERVANGER
24                          Assistant Federal Defender
                            Attorney for Defendant
25                          DONALD HENDERSON

26
27
28

**ORDER**

IT IS SO ORDERED that the sentencing hearing currently scheduled for July 7, 2025, at 9:30 a.m., is continued to September 8, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   June 2, 2025

_____
UNITED STATES DISTRICT JUDGE